AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
May 28 2025
Clerk, U.S. District Court
Western District of Texas

By: __MG__
Deputy

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: **EP:25-M -02804(1)  ATB** |
| | § |
| **(1) ELIAS VELAZQUEZ-HERNANDEZ** | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 26, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title    **8**    United States Code, Section(s)    **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *" In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/S/ SAENZ, OFILIA
Signature of Complainant
Border Patrol Agent

May 28, 2025
File Date

at   EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 01:02 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -02804(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) ELIAS VELAZQUEZ-HERNANDEZ**

*FACTS   (CONTINUED)*

557.

The DEFENDANT, Elias VELAZQUEZ-Hernandez, an alien to the United States and a citizen of Mexico was found approximately 1.79 miles east of Bridge of Americas Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on April 18,2025 through Harlingen, Texas .  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

IMMIGRATION HISTORY:

**The DEFENDANT has been deported 4 time(s), the last one being to MEXICO on April 18, 2025, through HARLINGEN, TX**

CRIMINAL HISTORY:

**02/20/2020, BROWNSVILLE, TEXAS, 8 USC 1325 - ILLEGAL ENTRY(M), CNV, SENTENCED TO 2 DAYS TO SERVE.**
**02/26/2020, 8 USC 1325, ENTRY OF ALIEN AT IMPROPER TIME OR PLACE/CONCEALMENT OF FACTS(M), CNV, SENTENCED 10 DAYS TO SERVE.**
**07/11/2022, SAMBURG POLICE DEPT., TENNESSEE, PUBLIC INTOXIATION(M), CNV, UNKNOWN.**